**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                **CRIMINAL NO.: 4:23-cr-116-SA-JMV-3**

**JARVIS HOOD**

**ORDER SUBSTITUTING COUNSEL**

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a potential conflict of interest. The Office of the Federal Public Defender contacted **Victoria Washington** on **September 20, 2023,** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **Victoria Washington** ha**s** agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **Victoria Washington** is hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 20th day of September, 2023.

                                                       /s/ Jane M. Virden
                                                       UNITED STATES MAGISTRATE JUDGE